UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN CAUSEY (#349510)

VERSUS

ERIC HINYARD, ET AL.

CIVIL ACTION

NO. 08-464-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 28, 2008 (doc. no. 4). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis status.

Baton Rouge, Louisiana, this 14th day of August, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA